



## MEMORANDUM OPINION

No. 04-11-00220-CV

**EX PARTE** Jesse **RAMIREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  April 13, 2011

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On March 22, 2011, relator filed a petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 98-CI-12694, styled *In the Interest of J.R. and G.C.R.*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney presiding.